# Court of Appeals
# of the State of Georgia

ATLANTA,  July 27, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1480. JOHNNY BRETT GREGORY v. ROBERT LEONARD et al.**

Johnny Brett Gregory has filed an original mandamus action in this Court, asking this Court to void rulings in his lawsuits against county officials and employees and require the officials and employees to have certain property and money returned to him. This case is not, however, subject to original mandamus relief by our Court.

Appellate courts have mandamus authority in aid of their jurisdiction, see Ga. Const. of 1983, Art. VI, Sec. I, Par. IV, but the need to resort to the appellate courts for such relief is "extremely rare" because "the superior courts of this state have the power, in proper cases, to issue process in the nature of mandamus, prohibition, specific performance, quo warranto, and injunction[.]" *Brown v. Johnson*, 251 Ga. 436, 436 (306 SE2d 655) (1983). Moreover, mandamus will issue "only if (1) no other adequate legal remedy is available to effectuate the relief sought; and (2) the applicant has a clear legal right to such relief." *Bibb County v. Monroe County*, 294 Ga. 730, 734 (2) (755 SE2d 760) (2014).

This is not one of the extremely rare instances in which this Court will exercise original mandamus jurisdiction. See *Gay v. Owens*, 292 Ga. 480, 482-483 (2) (738 SE2d 614) (2013). Until Gregory has pursued mandamus relief in superior court and obtained a ruling thereon,[1] there is no basis for this Court to exercise jurisdiction. See

---

[1] Gregory claims that such a procedure is unavailable to him, because there is an order voluntarily recusing all of the judges of the Cobb County Superior Court from his case. However, the recusal order provides for a procedure by which a judge

*Brown*, 251 Ga. at 436.

Accordingly, this petition for writ of mandamus is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  07/27/2022

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

from outside of Cobb County may be appointed to hear the case.